# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: APPEAL OF PROSPECT CROZER : Nos. 465-498 MAL 2022
LLC  FROM THE DECISION OF THE :
BOARD OF ASSESSMENT APPEALS OF :
DELAWARE COUNTY, PA : Petition for Allowance of Appeal from
: the Order of the Commonwealth
: Court
PETITION OF: CHESTER UPLAND :
SCHOOL DISTRICT :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of May, 2023, the Petition for Allowance of Appeal is

**GRANTED**, **LIMITED TO** the issue set forth below.  Allocatur is **DENIED** as to the

remaining issue.  The issue, rephrased for clarity, is:

> Whether the Commonwealth Court erred by finding that a judicial officer has
> violated Pa. Const., art. V, §17, concluding that such violation resulted in
> the automatic forfeiture of judicial office, and determining that such violation
> constitutes a structural error which renders the trial court's orders void
> *ab initio*?